WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Merchants Bonding Company (Mutual), an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Prefab, Inc., an Arizona corporation; and Harry O. Woody, an unmarried man,<br><br>Defendants. | No. CV 12-501-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Court Approval to Serve Certain Defendants by Publication (Doc. 9). The Court now rules on the Motion.

**I.   BACKGROUND**

Plaintiff filed a Complaint in this Court on March 9, 2012, asserting breach of contract and fraud claims against Defendants. Plaintiff now seeks an order allowing it to serve Defendants by publication pursuant to Federal Rule of Civil Procedure 4(e)(1) and Arizona Rule of Civil Procedure 4.1(n).

**II.   LEGAL STANDARD AND ANALYSIS**

Federal Rule of Civil Procedure 4(e)(1) provides, in relevant part that, "[u]nless federal law provides otherwise, an individual . . . may be served in a judicial district of the United States by: (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made" Fed.R.Civ.P. 4(e)(1).

Arizona Rule of Civil Procedure 4.1(n) provides that service by publication may

be permitted "[w]here the person to be served is one whose residence is unknown to the party seeking service but whose last known address was within the state, or has avoided service of process, and service by publication is the best means practicable under the circumstances for providing notice of the institution of the action." Ariz. R. Civ. P. 4.1(n). "The decision whether to pursue personal service or service by publication is that of the plaintiff, not the court [and] [b]ecause the court does not preauthorize service by publication, the determination whether publication constitutes adequate service is made later in the case." *Ritchie v. Salvatore Gatto Partners,* 222 P.3d 920, 923 n. 4 (Ariz. Ct. App. 2010) (citing Ariz. R. Civ. P. 4.1(n) and *Roberts v. Robert,* 158 P.3d 899, 904 (Ariz. Ct. App. 2007)). Because Plaintiff need not seek Court approval to effect service by publication, Plaintiff's motion for authorization of service by publication is denied.[1]

### III. CONCLUSION

Based on the foregoing,

**IT IS ORDERED** that Plaintiff's Motion for Court Approval to Serve Certain Defendants by Publication (Doc. 9) is denied as set forth herein.

Dated this 20th day of June, 2012.

_____
James A. Teilborg
United States District Judge

---

[1] Once service by publication is completed, as authorized by Arizona Rule of Civil Procedure 4.1(n), and Plaintiff files (1) an affidavit showing the manner and dates of publication and mailing and the circumstances warranting the utilization of the procedure as authorized by 4.1(n) and (2) a printed copy of the publication(s), such affidavit will serve as prima facie evidence of compliance with 4.1(n). *See* Ariz. R. Civ. P. 4.1(n).